**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**11/26**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **ALPHA ROOFING AND SHEET METAL LLC** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-4757689** | |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**1477 W. Gore street**<br>**Orlando, FL 32805**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**1761**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first two sub-boxes. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the third sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **ALPHA ROOFING AND SHEET METAL LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 16, 2026**
MM / DD / YYYY

*X* **/s/ Alejandra Hernandez**
Signature of authorized representative of debtor

**Alejandra Hernandez**
Printed name

Title **MGRM**

---

**18. Signature of attorney**

*X* **/s/ Juan C. Burgos**
Signature of attorney for debtor

Date **November 16, 2026**
MM / DD / YYYY

**Juan C. Burgos 84056 Juan Carlos Burgos**
Printed name

**Law Offices Of Juan C. Burgos, P.L.**
Firm name

**PO BOX 621885**
**Orlando, FL 32862**
Number, Street, City, State & ZIP Code

Contact phone **407-505-4190** Email address **burgos@yourtrialattorney.net**

**84056 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 16, 2026**

*X* **/s/ Alejandra Hernandez**
Signature of individual signing on behalf of debtor

**Alejandra Hernandez**
Printed name

**MGRM**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ALPHA ROOFING AND SHEET METAL LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply<br>3362 All American Blvd<br>Orlando, FL 32810 | | Lawsuit Debt with Materials Supplier | | | | $90,390.00 |
| AGI Construction Services<br>3685 Redditt Rd<br>Orlando, FL 32822 | | Contractor with lien on 1477 Gore St. | | | | $38,000.00 |
| AMERICAN EXPRES<br>P.O. BOX 981537<br>El Paso, TX 79998 | | Credit Card | | | | $31,795.00 |
| Beacon-QXO Building Products<br>1600 W New Hampshire St<br>Orlando, FL 32804 | | Vendor Lawsuit | | | | $303,884.00 |
| Clayton Plaza<br>C/O: DE Biase Alvarez<br>1875 NW Corporate Blvd- 290<br>Boca Raton, FL 33431 | | Lawsuit for Breach of Contract | | | | $84,135.00 |
| Del Sol Investments<br>731 E. Myers Blvd, Unit 1<br>Mascotte, FL 34753 | Jose Rubio | Private Loan | | | | $300,000.00 |
| Empower Rental Group<br>10111 E Colonial Dr<br>Orlando, FL 32817 | | Vendor | | | | $52,132.00 |
| Englert<br>1100 Randolph Rd<br>Somerset, NJ 08873 | | | | | | $53,564.00 |

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FCCI Insurance Company<br>6300 University Pkwy<br>Sarasota, FL 34240 | | Bond Indemnified from Materials | Contingent<br>Unliquidated<br>Disputed | | | $192,286.00 |
| Florida Department of Labor<br>1001 Executive Center Drive<br>Suite 103<br>Orlando, FL 32803 | | Alleged unpaid overtime wages arising from employee complaint and labor investigation.<br>§ 507(a)(4), only to the extent applicable | Unliquidated | | | $250,000.00 |
| Imperial PFS Corporation<br>30 Montgomery St, Suite 501<br>Jersey City, NJ 07302 | | Expired Policy Balance | | | | $39,652.87 |
| King Construction<br>328 Fieldstream West Blvd<br>Orlando, FL 32825 | Asdrubal Ocampo | Private | | | | $357,500.00 |
| Mint Funding, Inc.<br>105 Bakertown Road<br>Monroe, NY 10950 | | MCA Loan | | | | $192,000.00 |
| Newtek Bank N.A.<br>200 S. Orange Ave, Suite 117<br>Orlando, FL 32801 | | Credit Line | | | | $250,000.00 |
| Ricardo Sequera Linares<br>Attn: The Pendas Lawfirm<br>625 East Colonial Dr<br>Orlando, FL 32803 | | Breach of Contract. | | | | $35,000.00 |
| Siraj Mojamed<br>301 Diamond Cove Circle<br>Orlando, FL 32826 | | Private Loan. | | | | $92,400.00 |
| Soni Interiors<br>1028 E Altamonte Dr #1010<br>Altamonte Springs, FL 32701 | | Supplier Debt. | | | | $126,972.00 |
| SRS Distribution<br>2251 Mercy Dr<br>Orlando, FL 32808 | | Lawsuit from Supplier. | | | | $152,482.00 |

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Rentals<br>6125 Lakeview Rd<br>Charlotte, NC 28269** | | **Rental equipment that was returned** | | | | **$60,734.00** |
| **World Capital UT<br>395 S. Main Street<br>#201<br>Alpine, UT 84004** | | **MCA Loan** | | | | **$376,350.00** |

11/16/26 7:45PM

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ **4,820,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ **1,921,539.09** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ **6,741,539.09** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ **3,793,338.96** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | **+**$ **3,157,484.10** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **6,950,823.06** |

11/16/26 7:45PM

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Checking Account with PNC Bank ending on: 2703** | **Checking** | **2703** | **$10,100.00** |
| 3.2. | **Checking Account with NewTek Bank - This was used to pay the mortgage on 1477 W. Gore Street. Orlando, FL 32805. Financed By Newtek, N.A.** | **Checking** | **0760** | **$14.61** |
| 3.3. | **Checking Account with First National Bank - This account is used to get paid from project SRAUR construction.** | **Checking** | **3160** | **$387.00** |
| 3.4. | **Payroll Checking Account with PNC Bank ending on: 2711** | **Checking** | **2711** | **$147.00** |
| 3.5. | **Checking account with Wells Fargo ending on: 5821** | **Checking** | **5821** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$10,648.61**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(If known)*
Name

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **1,615,827.48** (face amount) - **225,000.00** (doubtful or uncollectible accounts) = .... **$1,390,827.48**

12. **Total of Part 3.** **$1,390,827.48**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Inventory / Plates Screws and Metal parts $3,000.00** | **09/15/2026** | **Unknown** | **Comparable sale** | **$3,000.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.** **$3,000.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(If known)*
Name

☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**7 Office Desks $ 2000.00 - Over 10 years old**<br>**Reception Desk $ 650.00**<br>**7 Filing Cabinets - $600.00** | **$3,250.00** | **Comparable sale** | **$3,250.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office furniture and equipment**<br>**4 Desktop Computer $2,000.00 - 2 HP ENVY TE01, Hp ProDesk G1 TWR, HP EliteDesk 800 G1 SFF.**<br>**Laptop $ 500 -**<br>**Office Computer Alejandra Hernandez HP Omnidesk $350.00 Over 1 Year Old**<br>**Lenovo Desktop Alberto Hernandez $700.00 - Over 2 Years old.**<br>**2 Desktop Computers $600.00 - HP All-in-one PC Model 24-e014, HP 24 ALL-in-one PC Model 24-f0014- Over 3 years old.**<br>**Security Cameras $ 1,500.00 over 3 years Old**<br>**Toshiba Plotter KIP 7170 Printer - Value Unknown Broken - 4 Years Old** | **$5,650.00** | **Comparable sale** | **$5,650.00** |
| | **Lease for Toshiba MFC Printer Sudio 3015 AC. The equiment does not have any value at the end of the lease, and it will be surrendered it.** | **$0.00** | **N/A** | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$8,900.00**
Add lines 39 through 42. Copy the total to line 86.

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(If known)*
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2021 S GREEN - Enclosed Trailer VIN: 1S9E52226L1489091** | **$3,800.00** | **Comparable sale** | **$3,800.00** |
| 47.2. | **HOOP 5 Ton Trailer VIN: 4T0FB182XM1000247** | **$36,193.00** | **Comparable sale** | **$36,193.00** |
| 47.3. | **2017 FORD F250 with 210,000 Miles - VIN: 1FT7W2B65HEE61560** | **$6,000.00** | **Comparable sale** | **$6,000.00** |
| 47.4. | **2016 FORD F150 with 355,454 Miles VIN: 1FTEW1C84GKD83872** | **$3,200.00** | **Comparable sale** | **$3,200.00** |
| 47.5. | **2016 FORD TRANSIT CARGO 350 with 175,000 Miles - VIN: 1FBZX2ZM8GKB08194** | **$7,775.00** | **Comparable sale** | **$7,775.00** |
| 47.6. | **2018 Ford Transit with 250,500 Miles - VIN: 1FBZX2YG5JKA44781** | **$4,390.00** | **Comparable sale** | **$4,390.00** |
| 47.7. | **2016 Ford F450 with 205,500 Miles - VIN: 1FD0WAHT1GEC32863** | **$16,000.00** | **Comparable sale** | **$16,000.00** |
| 47.8. | **2020 FORD TRANSIT CARGO with 156,000 Miles - VIN: 1FTBR1C88LKB42451** | **$11,173.00** | **Comparable sale** | **$11,173.00** |
| 47.9. | **2020 FORD F250 with 218,649 Miles - VIN: 1FT7W2B68LEE57754** | **$6,000.00** | **Comparable sale** | **$6,000.00** |
| 47.10. | **2022 RAM 2500 with 183,000 Miles - VIN: 3C6UR5DL5NG367723** | **$14,740.00** | **Comparable sale** | **$14,740.00** |

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| 47.11. | **2022 RAM 2500 with 60,953 Miles - VIN: 3C6UR5DL3NG367722** | **$32,110.00** | **Comparable sale** | **$32,110.00** |
| 47.12. | **2022 MERCEDES EQS ELECTRIC with 56,000 Miles - VIN: W1KCG4EB4NA018020. Financed** | **$35,000.00** | **Comparable sale** | **$35,000.00** |
| 47.13. | **2016 FORD TRANSIT CARGO with 193,000 - Miles VIN: 1FBZX2ZM7GKA88102** | **$6,700.00** | **Comparable sale** | **$6,700.00** |
| 47.14. | **2017 FORD F150 with 289,000 Miles -VIN: 1FTEW1C81HKC92513** | **$7,100.00** | **Comparable sale** | **$7,100.00** |
| 47.15. | **2024 FORD 450 with 21,000 - VIN: 1FT8W4DM5RED89479 - Financed by Ford Motor Company** | **$59,000.00** | **Appraisal** | **$59,000.00** |
| 47.16. | **2016 Chevy Silverado with 200,000 miles - VIN: 1GC2CUEG3GZ108146** | **$5,380.00** | **Comparable sale** | **$5,380.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2 Pack Blowers $200.00**<br>**3 Wheel Barrels $600.00**<br>**2 Insulation Carts $800.00**<br>**1- Quadro Machine $110,000.00 - Bending Metal Machine**<br>**1- Standing Seam Panel $10,582.00**<br>**1- Standing Seam Panel $10,205.00**<br>**1 - Stackmaster 3200-20 - $15,400.00 - Machine is over 4 years old. It is a "Fixture in the building."**<br>**1 Used Forklift / United Rentals #2 - $5,605.00**<br>**1 - Industrial Blower $600.00**<br>**3 - Battery Drills/Screw Guns $1,360.00**<br>**1 - Hand Rhinos $1,250.00**<br>**1 - Industrial Shear Machine $10,000.00**<br>**1 - Industrial Shear New $12,000.00**<br>**1 - Folder Old $6,000.00**<br>**1 - Folder New $7,000.00**<br>**1 - Used Small Forklift $1,500.00**<br>**3 - Generators $1,500.00**<br>**1- Seamer $4,000.00** | **$198,602.00** | **Comparable sale** | **$198,602.00** |
| **Portable Standing Seam (MetalMan Series) - Engler Metal Forming Machine** | **$55,000.00** | **Comparable sale** | **$55,000.00** |

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(If known)*
Name

51. **Total of Part 8.** **$508,163.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **1477 W. Gore Street. Orlando, FL 32805. Financed By Newtek, N.A.** | **Fee simple** | **$4,820,000.00** | **Appraisal** | **$4,820,000.00** |

56. **Total of Part 9.** **$4,820,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$10,648.61** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$1,390,827.48** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$3,000.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$8,900.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$508,163.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$4,820,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,921,539.09** | **+** 91b. **$4,820,000.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$6,741,539.09** |

11/16/26 7:45PM

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Amur Construction Equipment**
Creditor's Name

**PO Box 209505**
**Dallas, TX 75320**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Portable Standing Seam (MetalMan Series) - Engler Metal Forming Machine**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$55,480.12** Column B: **$55,000.00**

**2.2 First Citizens Bank**
Creditor's Name

**PO Box 856502**
**Minneapolis, MN 55485**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**043I**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 MERCEDES EQS ELECTRIC with 56,000 Miles - VIN: W1KCG4EB4NA018020. Financed**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$33,860.46** Column B: **$35,000.00**

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Ford Motor Company**
Creditor's Name

**P.O. Box 6248**
**Dearborn, MI 48126**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2545**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2024 FORD 450 with 21,000 - VIN: 1FT8W4DM5RED89479 - Financed by Ford Motor Company**

**$73,406.38** **$59,000.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Freedom Fire Protection**
Creditor's Name

**St. 601 Central Park Drive**
**Sanford, FL 32771**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Contractor with lien on 1477 Gore St. For Fire Sprinkler System**

**$7,000.00** **Unknown**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.5 **Newtek Bank N.A.**
Creditor's Name
**200 S. Orange Ave, Suite 117**
**Orlando, FL 32801**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1477 W. Gore Street. Orlando, FL 32805. Financed By Newtek, N.A.**

**$2,676,315.00** **$4,820,000.00**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/26/2024**

**Last 4 digits of account number**
**2921**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Newtek Bank N.A.**
**2. Newtek Bank N.A.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Newtek Bank N.A.**
Creditor's Name
**200 S. Orange Ave, Suite 117**
**Orlando, FL 32801**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1477 W. Gore Street. Orlando, FL 32805. Financed By Newtek, N.A.**

**$947,277.00** **$4,820,000.00**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/26/2024**

**Last 4 digits of account number**
**2939**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$3,793,338.96**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ford Credit**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** | Line **2.3** | **2545** |
| **Ford Motor Company**<br>**P.O. Box 6248**<br>**Dearborn, MI 48126** | Line **2.3** | |
| **NEWTEK BAK, N.A.**<br>**1981 Marcus Avenue**<br>**Suite 130**<br>**Lake Success, NY 11042** | Line **2.5** | |

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

| | |
|---|---|
| **NEWTEK BAK, N.A.**<br>**1981 Marcus Avenue**<br>**Suite 130**<br>**New Hyde Park, NY 11042** | Line **2.6** |
| **NEWTEK BANK, N.A**<br>**1111 Brickell Avenue,**<br>**Suite 135**<br>**Miami, FL 33131** | Line **2.5** |
| **NEWTEK BANK, N.A**<br>**1111 Brickell Avenue,**<br>**Suite 135**<br>**Miami, FL 33131** | Line **2.6** |

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**ABC Supply**
**3362 All American Blvd**
**Orlando, FL 32810**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 35CI

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,390.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit Debt with Materials Supplier

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**AGI Construction Services**
**3685 Redditt Rd**
**Orlando, FL 32822**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contractor with lien on 1477 Gore St.

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**AMERICAN EXPRES**
**P.O. BOX 981537**
**El Paso, TX 79998**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 7001

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,795.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**BAINBRIDGE CONSTRUCTION**
**2270 Wellington Green Dr**
**Wellington, FL 33414**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 710O

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Lawsuit against Debtor

Is the claim subject to offset? ■ No ☐ Yes

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Beacon-QXO Building Products**<br>**1600 W New Hampshire St**<br>**Orlando, FL 32804**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **$303,884.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BRITTANY GOE**<br>**Att: THE BERMAN LAW GROUP**<br>**Post Office Box 272789**<br>**Boca Raton, FL 33427**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 639O | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Clayton Plaza**<br>**C/O: DE Biase Alvarez**<br>**1875 NW Corporate Blvd- 290**<br>**Boca Raton, FL 33431**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2779 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lawsuit for Breach of Contract<br>Is the claim subject to offset? ■ No ☐ Yes | **$84,135.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**COMMERCIAL ROOFING SPECIALTI**<br>**6072 Cinderlane Pkwy**<br>**Orlando, FL 32810**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Material Vendor.<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,896.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Del Sol Investments**<br>**731 E. Myers Blvd, Unit 1**<br>**Mascotte, FL 34753**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Private Loan<br>Is the claim subject to offset? ■ No ☐ Yes | **$300,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Empower Rental Group**<br>**10111 E Colonial Dr**<br>**Orlando, FL 32817**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$52,132.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Englert**<br>**1100 Randolph Rd**<br>**Somerset, NJ 08873**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$53,564.00** |

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**FCCI Insurance Company**<br>**6300 University Pkwy**<br>**Sarasota, FL 34240**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$192,286.00**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Bond Indemnified from Materials<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Florida Department of Labor**<br>**1001 Executive Center Drive**<br>**Suite 103**<br>**Orlando, FL 32803**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$250,000.00**<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Alleged unpaid overtime wages arising from employee complaint and labor investigation. § 507(a)(4), only to the extent applicable<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**GB Collects, LLC**<br>**1253 Haddonfield Berlin Rd**<br>**Voorhees, NJ 08043**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5839 | **As of the petition filing date, the claim is:** *Check all that apply.* **$8,718.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Collection agency for Imperial PFS<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Gendler & Gendler, PLLC**<br>**PO Box 450135**<br>**Fort Lauderdale, FL 33345-0135**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$846.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Pending Attorney Fees.<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Gulfcoast**<br>**8406 FM 1405**<br>**Baytown, TX 77523**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 290O | **As of the petition filing date, the claim is:** *Check all that apply.* **$8,435.00**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Vendor Lawsuit<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Imperial PFS Corporation**<br>**30 Montgomery St, Suite 501**<br>**Jersey City, NJ 07302**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 0676 | **As of the petition filing date, the claim is:** *Check all that apply.* **$39,652.87**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Expired Policy Balance<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**King Construction**<br>**328 Fieldstream West Blvd**<br>**Orlando, FL 32825**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$357,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Private<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

**3.19** **Nonpriority creditor's name and mailing address**
**Magic Village**
**7599 Recife Dr**
**Kissimmee, FL 34747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** Construction Defect Lawsuit
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Mark A. Kirkorsky, P.C.**
**1119 W Southern Ave**
**2nd Floor**
**Mesa, AZ 85210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Mint Funding, Inc.**
**105 Bakertown Road**
**Monroe, NY 10950**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$192,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** MCA Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**Mission Pointe**
**2675 Forest Hill**
**Wellington, FL 33414**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** Construction Defect Lawsuit
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**Newtek Bank N.A.**
**200 S. Orange Ave, Suite 117**
**Orlando, FL 32801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2812

**As of the petition filing date, the claim is:** *Check all that apply.* **$250,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Line
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Progressive Auto Insurance**
**300 North Commons Blvd**
**Mayfield Village, OH 44143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 362O

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,397.00**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** Lawsuit for Uninsured Driver
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**Ricardo Sequera Linares**
**Attn: The Pendas Lawfirm**
**625 East Colonial Dr**
**Orlando, FL 32803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 336O

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contract.
Is the claim subject to offset? ■ No ☐ Yes

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

3.26 **Nonpriority creditor's name and mailing address**
**Siraj Mojamed**
**301 Diamond Cove Circle**
**Orlando, FL 32826**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$92,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Private Loan.
Is the claim subject to offset? ■ No ☐ Yes

---

3.27 **Nonpriority creditor's name and mailing address**
**Skyworks**
**11826 Boggy Creek Rd**
**Orlando, FL 32824**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 577O

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,723.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rental Equipment Equipment was returned
Is the claim subject to offset? ■ No ☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**
**Soni Interiors**
**1028 E Altamonte Dr #1010**
**Altamonte Springs, FL 32701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$126,972.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Supplier Debt.
Is the claim subject to offset? ■ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
**SRS Distribution**
**2251 Mercy Dr**
**Orlando, FL 32808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 545O

**As of the petition filing date, the claim is:** *Check all that apply.* **$152,482.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Lawsuit from Supplier.
Is the claim subject to offset? ■ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
**The Gray Casualty & Surety C**
**3601 N. I-10 Service Road We**
**Metairie, LA 70002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,192.23**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Insurance Bill on Surety
Is the claim subject to offset? ■ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
**United Rentals**
**6125 Lakeview Rd**
**Charlotte, NC 28269**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,734.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Rental equipment that was returned
Is the claim subject to offset? ■ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**
**World Capital UT**
**395 S. Main Street #201**
**Alpine, UT 84004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3050

**As of the petition filing date, the claim is:** *Check all that apply.* **$376,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** MCA Loan
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC SUPPLY CO**<br>**PO BOX 742067**<br>**Atlanta, GA 30374-2067** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BALL JANIK, LLP**<br>**201 E Pine St Ste 600**<br>**Orlando, FL 32801** | Line **3.4**<br>☐ Not listed. Explain ____ | **710O** |
| 4.3 | **Brett Davis**<br>**100 North Tampa Street**<br>**Suite 3700**<br>**Tampa, FL 33602** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Brian Leung**<br>**3203 W Cypress St**<br>**Tampa, FL 33607** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **De Biase - Alvarez**<br>**1875 NW Corporate Blvd**<br>**Suite 290**<br>**Boca Raton, FL 33431** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Don Ford, Esq**<br>**4450 Sojourn DR Ste 300**<br>**Addison, TX 75001** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Empower Rental Group**<br>**4057 Rural Plains Cir**<br>**Suite 320**<br>**Franklin, TN 37064** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **IPFS Corporation**<br>**PO BOX 730223**<br>**Dallas, TX 75373** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **JULIANNA TSCHOPP**<br>**1000 Legion Place Suite 1700**<br>**Orlando, FL 32801** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Kostco & Rotella, P.A**<br>**PO BOX 113**<br>**1517 East Robinson St**<br>**Orlando, FL 32801** | Line **3.27**<br>☐ Not listed. Explain ____ | **577O** |
| 4.11 | **Kosto & Rotella P.A.**<br>**1517 East Robinson St**<br>**Orlando, FL 32801** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Lotane & Associates, P.A.**<br>**1980 Michigan Ave**<br>**Cocoa, FL 32922** | Line **3.24**<br>☐ Not listed. Explain ____ | **362O** |

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Mark A. Kirkorsky, P.C.**<br>**1119 W Southern Ave, 2nd Flo**<br>**Mesa, AZ 85210** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **NEWTEK BAK, N.A.**<br>**1981 Marcus Avenue**<br>**Suite 130**<br>**Lake Success, NY 11042** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **NEWTEK BANK, N.A**<br>**1111 Brickell Avenue,**<br>**Suite 135**<br>**Miami, FL 33131** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Progressive**<br>**256 West Data Drive**<br>**Draper, UT 84020** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Pucin & Friedland**<br>**1500 McConnor Pkwy, Suite 20**<br>**Schaumburg, IL 60173** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Robert Burguieres, Esq**<br>**1701 Dr M.L.K. Jr**<br>**St N**<br>**St. Petersburg, FL 33704** | Line **3.1**<br>☐ Not listed. Explain ____ | **35CI** |
| 4.19 | **Scott Sheffler, Worman & She**<br>**2600 Lake Lucien Dr Ste 405**<br>**Maitland, FL 32751** | Line **3.29**<br>☐ Not listed. Explain ____ | **545O** |
| 4.20 | **Stephen Smith, Esq**<br>**301 N. Main St, Suite 1200**<br>**Greenville, SC 29601** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **The Gray Casualty & Surety C**<br>**P.O. Box 6202**<br>**Metairie, LA 70009-6202** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Troy Lotane**<br>**1980 Michigan Ave**<br>**Cocoa, FL 32922** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **United Rentals**<br>**100 First Stamford Place**<br>**Stamford, CT 06902** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **3,157,484.10** |

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number (if known)
Name

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ **3,157,484.10**

11/16/26 7:45PM

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Toshiba MFC Printer Sudio 3015 AC.** | |
| State the term remaining | | **TOSHIBA AMERICA BUSINESS**<br>**P.O. Box 402709**<br>**Atlanta, GA 30384-2709** |
| List the contract number of any government contract | | |

11/16/26 7:45PM

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alberto Henrnandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor** | **Newtek Bank N.A.** | ☐ D<br>■ E/F **3.23**<br>☐ G |
| 2.2 | **Alberto Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor on Loan** | **Newtek Bank N.A.** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.3 | **Alberto Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor for Loan** | **Newtek Bank N.A.** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.4 | **Alberto Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor** | **Mint Funding, Inc.** | ☐ D<br>■ E/F **3.21**<br>☐ G |
| 2.5 | **Alberto Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor** | **World Capital UT** | ☐ D<br>■ E/F **3.32**<br>☐ G |

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Alejandra Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Gurantor on the Loan** | **Newtek Bank N.A.** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.7 | **Alejandra Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor** | **Newtek Bank N.A.** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.8 | **Alejandra Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor** | **Newtek Bank N.A.** | ☐ D<br>■ E/F **3.23**<br>☐ G |
| 2.9 | **Alejandra Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Guarantor** | **World Capital UT** | ☐ D<br>■ E/F **3.32**<br>☐ G |
| 2.10 | **Alejandra Hernandez** | **11317 PRESTON COVE RD<br>Clermont, FL 34711<br>Personal Gurantor** | **Mint Funding, Inc.** | ☐ D<br>■ E/F **3.21**<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **ALPHA ROOFING AND SHEET METAL LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$6,499,826.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$12,416,896.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$17,436,844.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **World Capital UT<br>395 S. Main Street #201<br>Alpine, UT 84004** | **$4,000.00 - 10/09/2026<br>$7,850.00 - 09/01/2026<br>$7,800.00 -** | **$19,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan** |
| 3.2. **Mint Funding, Inc.<br>105 Bakertown Road<br>Monroe, NY 10950** | **10/29 - $10,000.00<br>10/14 - $10,000.00<br>10/07 - $8,00000<br>10/01 - $3,000.00** | **$31,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan** |
| 3.3. **Ford Motor Company<br>P.O. Box 6248<br>Dearborn, MI 48126** | **07/2026 - $1733<br>08/2026 - $1733<br>09/2026 - $1733** | **$5,199.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment for 2024 Ford** |
| 3.4. **First Citizens Bank<br>PO Box 856502<br>Minneapolis, MN 55485** | **07/2026 1,153.00<br>08/2026 1,153.00<br>09/2026 1,153.00** | **$3,459.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payments for the 2022 Mercedes** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor’s direction from an account of the debtor because the debtor owed a debt.

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CLAYTON VENTURE VS ALPHA ROOFING & SHEET METAL, LLC<br>2026-CA-002779** | **Breach of Contract** | **Hillsborough County Circuit<br>419 N Pierce St<br>Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **BEACON SALES ACQUISITION, INC. v. ALPHA ROOFING AND SHEET METAL, LLC<br>Case No. 26-CA-001764** | **Breach of Contract** | **Hillsborough County Circuit<br>419 N Pierce St<br>Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **SRS DISTRIBUTION, INC. v. ALPHA ROOFING AND SHEET METAL, LLC<br>Case No. 2026-CA-001545-O** | **Breach of Contract** | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **BAINBRIDGE CONSTRUCTION LLC vs. ALLEN AND COMPANIES LLC et al.<br>2026-CA-008710-O** | **Breah of Contract** | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **ALEJANDRA HERNANDEZ, ALPHA ROOFING AND SHEET METAL LLC vs .JOSEPH VITALE, CREDIT STARZ<br>2026-SC-010116-O** | **Breach of contract** | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **SKYWORKS LLCvs. ALPHA ROOFING AND SHEET METAL LLC<br>2026-CC-024577-O** | **Breach of Contract** | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **PROGRESSIVE EXPRESS INSURANCE COMPANY A/S/O RICARDO SEQUERA LINAREZ vs. EDWARD JOHNSON, ALPHA ROOFING AND SHEET METAL LLC<br>2026-CC-002362-O** | | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **GULF COAST SUPPLY AND MANUFACTURING LLC vs. ALPHA ROOFING AND SHEET METAL, LLC<br>2026-CC-021290-O** | **Breach of Contract** | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **SEQUERA LINAREZ,RICARDO vs. ALPHAROOFING AND SHEETMETAL LLCet al.<br>2025-CA-010336-O** | **Breach of Contract** | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **GOE, BRITTANYet al.vs. JOHNSON,EDWARDet al.<br>2025-CA-001639-O** | **Auto Negligence** | **Orange County Circuit Court<br>425 N Orange Ave<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **MAGIC VILLAGE RESORT 2 OWNERS ASSOCIATION INC vs. MAGIC VILLAGE 2 LLC, et. al.<br>2024 CA 001658 ON** | **Construction Defect** | **Osceola County Clerk Of Cour<br>2 Courthouse Sq<br>Kissimmee, FL 34741** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **American Builders & Contractors Supply Co., Inc. v. Alpha Roofing and Sheet Metal LLC, et al.<br>26-005435-CI** | **Breach of Contract** | **Pinellas County Clerk of Courts<br>315 Court St.<br>Clearwater, FL 33756** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices Of Juan C. Burgos, P.L.<br>PO BOX 621885<br>Orlando, FL 32862** | | **10/30/2026 -Debtor retained the Law Offices of Juan C. Burgos, P.L., pursuant to an hourly fee agreement at the rate of $450.00 per hour. Attorney has received $8,200.00 as retainer.** | **$8,200.00** |

**Email or website address**
**burgos@yourtrialattorney.net**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

11/16/26 7:45PM

Debtor **ALPHA ROOFING AND SHEET METAL LLC** Case number *(if known)*

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Alejandra Hernandez**<br>**1477 W. Gore St**<br>**Orlando, FL 32805** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Alejandra Hernandez**<br>**1477 W. Gore St.**<br>**Orlando, FL 32805** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Mint Funding, Inc.**<br>**105 Bakertown Road**<br>**Monroe, NY 10950** |
| 26d.2. | **Newtek Bank N.A.**<br>**200 S. Orange Ave, Suite 1175**<br>**Orlando, FL 32801** |
| 26d.3. | **World Capital UT**<br>**395 S. Main Street #201**<br>**Alpine, UT 84004** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 . | **Ajejandra Hernandez** | **September 15, 2026** | **$3,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Alpha Roofing Sheet & Metal**<br>**1477 W. Gore St.**<br>**Orlando, FL 32805** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Alejandra Hernandez**<br>**11317 Preston Cove Rd**<br>**Clermont, FL 34711** | **$49,300.00** | **From Jan 1 - to October 31, 2026** | **Management Salary for managing the business.** |
| | Relationship to debtor<br>**Manager / Owner** | | | |
| 30.2. | **Alberto Hernandez**<br>**11317 Preston Cove Rd**<br>**Clermont, FL 34711** | **$49,300.00** | **From Jan 1 to October 31, 2026** | **Salary for Managment of the Business.** |
| | Relationship to debtor<br>**Manager / Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 16, 2026**

**/s/ Alejandra Hernandez**
Signature of individual signing on behalf of the debtor

**Alejandra Hernandez**
Printed name

Position or relationship to debtor **MGRM**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

11/16/26 7:45PM

# United States Bankruptcy Court
## Middle District of Florida

In re **ALPHA ROOFING AND SHEET METAL LLC** — Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alberto Hernandez**<br>**11317 Preston Cove Rd**<br>**Clermont, FL 34711** | **1** | **49/100** | **Equity Holder / Owner** |
| **Alejandra Hernandez**<br>**11317 Preston Cove Rd**<br>**Clermont, FL 34711** | **1** | **51/100** | **Equity Holder / Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MGRM** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 16, 2026**

Signature **/s/ Alejandra Hernandez**
**Alejandra Hernandez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

11/16/26 7:45PM

# United States Bankruptcy Court
## Middle District of Florida

In re **ALPHA ROOFING AND SHEET METAL LLC** Case No.

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MGRM of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 16, 2026**

**/s/ Alejandra Hernandez**
**Alejandra Hernandez**/**MGRM**
Signer/Title

ALPHA ROOFING AND SHEET METAL LL
1477 W. Gore street
Orlando, FL 32805

Juan C. Burgos
Law Offices Of Juan C. Burgos, P.L.
PO BOX 621885
Orlando, FL 32862

ABC Supply
3362 All American Blvd
Orlando, FL 32810

ABC SUPPLY CO
PO BOX 742067
Atlanta, GA 30374-2067

AGI Construction Services
3685 Redditt Rd
Orlando, FL 32822

Alberto Henrnandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alberto Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alberto Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alberto Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alberto Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alejandra Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alejandra Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alejandra Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alejandra Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

Alejandra Hernandez
11317 PRESTON COVE RD
Clermont, FL 34711

AMERICAN EXPRES
P.O. BOX 981537
El Paso, TX 79998

Amur Construction Equipment
PO Box 209505
Dallas, TX 75320

BAINBRIDGE CONSTRUCTION
2270 Wellington Green Dr
Wellington, FL 33414

BALL JANIK, LLP
201 E Pine St Ste 600
Orlando, FL 32801

Beacon-QXO Building Products
1600 W New Hampshire St
Orlando, FL 32804

Brett Davis
100 North Tampa Street
Suite 3700
Tampa, FL 33602

Brian Leung
3203 W Cypress St
Tampa, FL 33607

BRITTANY GOE
Att: THE BERMAN LAW GROUP
Post Office Box 272789
Boca Raton, FL 33427

Clayton Plaza
C/O: DE Biase Alvarez
1875 NW Corporate Blvd- 290
Boca Raton, FL 33431

COMMERCIAL ROOFING SPECIALTI
6072 Cinderlane Pkwy
Orlando, FL 32810

De Biase - Alvarez
1875 NW Corporate Blvd
Suite 290
Boca Raton, FL 33431

Del Sol Investments
731 E. Myers Blvd, Unit 1
Mascotte, FL 34753

Don Ford, Esq
4450 Sojourn DR Ste 300
Addison, TX 75001

Empower Rental Group
10111 E Colonial Dr
Orlando, FL 32817

Empower Rental Group
4057 Rural Plains Cir
Suite 320
Franklin, TN 37064

Englert
1100 Randolph Rd
Somerset, NJ 08873

FCCI Insurance Company
6300 University Pkwy
Sarasota, FL 34240

First Citizens Bank
PO Box 856502
Minneapolis, MN 55485

Florida Department of Labor
1001 Executive Center Drive
Suite 103
Orlando, FL 32803

Ford Credit
P.O. Box 650575
Dallas, TX 75265

Ford Motor Company
P.O. Box 6248
Dearborn, MI 48126

Ford Motor Company
P.O. Box 6248
Dearborn, MI 48126

Freedom Fire Protection
St. 601 Central Park Drive
Sanford, FL 32771

GB Collects, LLC
1253 Haddonfield Berlin Rd
Voorhees, NJ 08043

Gendler & Gendler, PLLC
PO Box 450135
Fort Lauderdale, FL 33345-0135

Gulfcoast
8406 FM 1405
Baytown, TX 77523

Imperial PFS Corporation
30 Montgomery St, Suite 501
Jersey City, NJ 07302

IPFS Corporation
PO BOX 730223
Dallas, TX 75373

JULIANNA TSCHOPP
1000 Legion Place Suite 1700
Orlando, FL 32801

King Construction
328 Fieldstream West Blvd
Orlando, FL 32825

Kostco & Rotella, P.A
PO BOX 113
1517 East Robinson St
Orlando, FL 32801

Kosto & Rotella P.A.
1517 East Robinson St
Orlando, FL 32801

Lotane & Associates, P.A.
1980 Michigan Ave
Cocoa, FL 32922

Magic Village
7599 Recife Dr
Kissimmee, FL 34747

Mark A. Kirkorsky, P.C.
1119 W Southern Ave
2nd Floor
Mesa, AZ 85210

Mark A. Kirkorsky, P.C.
1119 W Southern Ave, 2nd Flo
Mesa, AZ 85210

Mint Funding, Inc.
105 Bakertown Road
Monroe, NY 10950

Mission Pointe
2675 Forest Hill
Wellington, FL 33414

NEWTEK BAK, N.A.
1981 Marcus Avenue
Suite 130
Lake Success, NY 11042

NEWTEK BAK, N.A.
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042

NEWTEK BAK, N.A.
1981 Marcus Avenue
Suite 130
Lake Success, NY 11042

Newtek Bank N.A.
200 S. Orange Ave, Suite 117
Orlando, FL 32801

Newtek Bank N.A.
200 S. Orange Ave, Suite 117
Orlando, FL 32801

Newtek Bank N.A.
200 S. Orange Ave, Suite 117
Orlando, FL 32801

NEWTEK BANK, N.A
1111 Brickell Avenue,
Suite 135
Miami, FL 33131

NEWTEK BANK, N.A
1111 Brickell Avenue,
Suite 135
Miami, FL 33131

NEWTEK BANK, N.A
1111 Brickell Avenue,
Suite 135
Miami, FL 33131

Progressive
256 West Data Drive
Draper, UT 84020

Progressive Auto Insurance
300 North Commons Blvd
Mayfield Village, OH 44143

Pucin & Friedland
1500 McConnor Pkwy, Suite 20
Schaumburg, IL 60173

Ricardo Sequera Linares
Attn: The Pendas Lawfirm
625 East Colonial Dr
Orlando, FL 32803

Robert Burguieres, Esq
1701 Dr M.L.K. Jr
St N
St. Petersburg, FL 33704

Scott Sheffler, Worman & She
2600 Lake Lucien Dr Ste 405
Maitland, FL 32751

Siraj Mojamed
301 Diamond Cove Circle
Orlando, FL 32826

Skyworks
11826 Boggy Creek Rd
Orlando, FL 32824

Soni Interiors
1028 E Altamonte Dr #1010
Altamonte Springs, FL 32701

SRS Distribution
2251 Mercy Dr
Orlando, FL 32808

Stephen Smith, Esq
301 N. Main St, Suite 1200
Greenville, SC 29601

The Gray Casualty & Surety C
3601 N. I-10 Service Road We
Metairie, LA 70002

The Gray Casualty & Surety C
P.O. Box 6202
Metairie, LA 70009-6202

TOSHIBA AMERICA BUSINESS
P.O. Box 402709
Atlanta, GA 30384-2709

Troy Lotane
1980 Michigan Ave
Cocoa, FL 32922

United Rentals
6125 Lakeview Rd
Charlotte, NC 28269

United Rentals
100 First Stamford Place
Stamford, CT 06902

World Capital UT
395 S. Main Street #201
Alpine, UT 84004

11/16/26 7:45PM

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Middle District of Florida

In re **ALPHA ROOFING AND SHEET METAL LLC** Case No.
Debtor(s) Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,200.00** |
| Prior to the filing of this statement I have received | $ | **8,200.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 16, 2026**
*Date*

**/s/ Juan C. Burgos**
**Juan C. Burgos 84056 Juan Carlos Burgos**
*Signature of Attorney*
**Law Offices Of Juan C. Burgos, P.L.**
**PO BOX 621885**
**Orlando, FL 32862**
**407-505-4190 Fax: 407-992-9477**
**burgos@yourtrialattorney.net**
*Name of law firm*